**Boyd Thomas MAHON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 35423.**

Court of Criminal Appeals of Texas.

June 15, 1962.

Hattie E. Briscoe, San Antonio, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Judge.

The offense is the unlawful sale of marihuana; the punishment, 15 years.

As in the case of Mahon v. State, Tex.Cr. App., 403 S.W.2d 802 the appeal was abated on March 6, 1963. Mahon v. State, Tex.Cr. App., 365 S.W.2d 163.

Appellant having now been declared sane by a jury, and having filed his affidavit stating that he does not wish to further prosecute his appeal in this cause, the appeal is dismissed.